IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. 4:24-CR-478 |
| | § | HOUSTON, TEXAS |
| VERSUS | § | TUESDAY, |
| | § | OCTOBER 1, 2024 |
| SHELDON DOUNN | § | 2:14 P.M. TO 2:21 P.M. |

**<u>INITIAL APPEARANCE</u>**

BEFORE THE HONORABLE PETER BRAY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:                SEE NEXT PAGE

ELECTRONIC RECORDING OFFICER: GARRETT COLE

CASE MANAGER:                JASON MARCHAND

<u>TRANSCRIPTION SERVICE BY:</u>

JUDICIAL TRANSCRIBERS OF TEXAS, LLC
935 Eldridge Road, #144
Sugar Land, TX 77478
281-277-5325
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1          **<u>APPEARANCES</u>:**

2

3    FOR THE PLAINTIFF:          US ATTORNEY'S OFFICE
                                 Andrew D. Pennebaker, Esq.
4                                1000 Louisiana, Ste. 2473
                                 Houston, TX  77002
5                                713-567-9000

6

7    FOR THE DEFENDANT:          LAW OFFICE OF JUDITH SHIELDS
                                 Judith I. Shields, Esq.
8                                10655 Six Pines Dr., Ste. 230
                                 The Woodlands, TX  77380
9                                936-703-5002

10

11   ALSO PRESENT:               MARIA BUSCARELLO, PRETRIAL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    **HOUSTON, TEXAS; TUESDAY, OCTOBER 1, 2024; 2:14 P.M.**

2          THE COURT:  All right.  Sheldon Dounn?

3          MR. PENNEBAKER:  Drew Pennebaker for the

4    Government, Your Honor.

5          THE COURT:  We haven't appointed you yet, right?

6          MS. SHIELDS:  Not yet, Your Honor.

7          THE COURT:  We will.  It's Ms. Shields, right?

8          MS. SHIELDS:  Yes, sir

9          THE COURT:  Sir, what's your name?

10          DEFENDANT DOUNN:  Sheldon Dounn.

11          THE COURT:  Did you receive a copy of the

12    Indictment that's been filed against you?

13          DEFENDANT DOUNN:  Yes.

14          THE COURT:  This charges you with two types of

15    conspiracy, both of which are agreements between two or more

16    people to commit a crime.

17          The first one is conspiring to distribute and

18    dispense -- unlawfully dispense Schedule II controlled

19    substances.

20          The other one is to defraud the United States.

21          And then in the other counts, it's the actual

22    substantive counts of unlawfully distributing and dispensing

23    controlled substances.

24          Counts 1 and 6 carry up to 20 years in prison, a

25    fine of up to a million dollars, and at least three years of

1    supervised release.

2          Count 2 -- you didn't write it down, but it's up

3    to five years in prison, up to a quarter million dollars --

4    that one doesn't have twice the gain or loss.  It's all

5    wrong.

6          Up to three years of supervised release and a $100

7    special assessment.

8          And then Counts 3, 5, 7 and 8 are the same at 1

9    and 6.

10         Do you understand the charges against you and the

11   maximum possible penalties?

12         DEFENDANT DOUNN:  I do, Your Honor.

13         THE COURT:  You have the right to remain silent.

14   Anything you say to anybody other than your lawyer can be

15   used against you.

16         Do you understand that?

17         DEFENDANT DOUNN:  I do, Your Honor.

18         THE COURT:  Are you a US citizen?

19         DEFENDANT DOUNN:  Yes, I am.

20         THE COURT:  You have the right to counsel at all

21   stages of this proceeding.  If you cannot afford a lawyer,

22   I'll appoint you one.  You filled out this financial

23   affidavit.

24         Do you want me to appoint Ms. Shields to represent

25   you?

1    DEFENDANT DOUNN:  Yes, I do.

2    THE COURT:  All right.  Let me place you under

3 oath.

4    So you solemnly swear that the contents of your

5 financial affidavit are true and correct to the best of your

6 knowledge and belief?

7    DEFENDANT DOUNN:  Yes, Your Honor.

8    THE COURT:  My rough math tells me that your

9 outgoing expenses are about equal to your income; is that

10 right?

11    DEFENDANT DOUNN:  That's correct, Your Honor.

12    THE COURT:  Not much left over at the end of each

13 month?

14    DEFENDANT DOUNN:  That's correct, Your Honor.

15    THE COURT:  Not much saved, right?

16    DEFENDANT DOUNN:  That's correct.  That's correct.

17    THE COURT:  Then I find you eligible for

18 court-appointed counsel.

19    There you go, sir.  Thank you.

20    Let's see.  The United States is ordered to comply

21 with *Brady v. Maryland* and its progeny.  Failure to do so

22 will result in sanctions.  A written order will be entered.

23    And he came in on a summons.  You're not moving

24 for detention, are you?

25    MR. PENNEBAKER:  Correct, Your Honor.

1          THE COURT:  Are you good with the conditions that

2    are listed here?

3          MR. PENNEBAKER:  I actually don't have a copy of

4    that document, Judge.

5          THE COURT:  All right.  Well, why not?

6          MR. PENNEBAKER:  I'm not sure.  I don't know where

7    it is.

8        (Pause in the proceedings.)

9          THE COURT:  Do you live with your girlfriend, sir?

10         DEFENDANT DOUNN:  Yes, Your Honor.

11         THE COURT:  Are you -- what, are you retired?

12         DEFENDANT DOUNN:  I'm semi-retired.  I work

13   part-time at a clothing, sports clothing store near my

14   house.

15         MR. PENNEBAKER:  Judge, the Government doesn't

16   have any problems with these conditions.

17         THE COURT:  All right.

18         MS. SHIELDS:  And we do have his passport here,

19   Your Honor, ready to surrender.

20         THE COURT:  Thank you.  Perfect.

21         All right.  So, sir, you're going to be released

22   on some pretty light conditions, but you need to follow

23   them.  Okay, sir?

24         DEFENDANT DOUNN:  I will.

25         THE COURT:  You must not violate any federal,

state or local law while on release.  Do not intimidate or
attempt to intimidate any witness, juror, or Officer of the
Court.  Do not obstruct justice or tamper with or retaliate
against any witness, victim or informant.  Immediately
advise your lawyer, Probation and the Court before you
change your address or telephone number.

You must appear in court as required, and
surrender to serve any sentence that might be imposed upon
you.

You'll be on a $50,000 unsecured bond.  So no
money down, but violation of my conditions will result in
you having to pay $50,000.

You don't have to report to Pretrial.  You must
surrender that passport to them before you leave here today.

Your travel is restricted to the Continental
United States.

And that's it.

If you violate my conditions, you can be brought
back to court and you can go to jail while awaiting your
trial.  You can be held in contempt of court.

The commission of a new offense while on release
is itself a new offense for which you can get ten years if
the new offense is a felony, or a year if the new offense is
a misdemeanor, stacked on top of whatever you might be
facing in this case.

1          You can also get ten extra years in prison if you

2     intimidate or attempt to intimidate any witness, juror or

3     Officer of the Court, or if you tamper with or retaliate

4     against any witness, victim or informant, or if you obstruct

5     justice.

6          And then you can get an extra ten years in prison

7     if you fail to surrender to serve any sentence that's

8     imposed upon you or you fail to show up to court.

9          DEFENDANT DOUNN:  I understand, Your Honor.

10         THE COURT:  All that make sense?

11         DEFENDANT DOUNN:  Yes.

12         THE COURT:  Any questions?

13         DEFENDANT DOUNN:  No, sir.

14         THE COURT:  Anything I missed?

15         MS. SHIELDS:  No, Your Honor.

16         THE COURT:  Anything I missed?

17         MR. PENNEBAKER:  No, Your Honor.

18         THE COURT:  And you told me a minute ago you

19    actually have a copy of the Indictment?

20         MR. PENNEBAKER:  Yes.

21         THE COURT:  And we talked about the charges and

22    the penalties, and you've had a brief moment at least to

23    speak with Ms. Shields about it?

24         MR. PENNEBAKER:  Yes, yes.

25         THE COURT:  Does he waive formal reading?

1          MS. SHIELDS:  We do, Your Honor.

2          THE COURT:  And how does he plead?

3          MS. SHIELDS:  Not guilty, Your Honor.

4          THE COURT:  A not guilty plea is entered on the

5   Record for you.

6          Your case is assigned to Judge Hanks.  Motions are

7   due October 11.  Response is October 21st.  Pretrial

8   Conference is November 8th at 10:00 for which you must be

9   present.  Jury selection and trial is set November 18th at

10  9:00.

11         What's the estimated time of trial?

12         MR. PENNEBAKER:  At this time, Judge, I'd say ten

13  trial days.

14         THE COURT:  All right.  With that, everyone is

15  excused.

16         MS. SHIELDS:  Thank you, Your Honor.

17         MR. PENNEBAKER:  Thank you, Your Honor.

18      (Proceedings concluded at 2:21 p.m.)

19

20

21

22

23

24

25                    *  *  *  *  *

1       *I certify that the foregoing is a correct*

2  *transcript to the best of my ability produced from the*

3  *electronic sound recording of the proceedings in the above-*

4  *entitled matter.*

5  */S/ MARY D. HENRY*

6  *CERTIFIED BY THE AMERICAN ASSOCIATION OF*

7  *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337*

8  *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*

9  *JTT TRANSCRIPT #69595*

10  *DATE FILED:  FEBRUARY 17, 2025*