# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  　　　　　　　　　　　　　　　　　Case Number: 4:24−cr−00478

Sheldon Dounn

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Sheldon Dounn as set forth below.**

**Before the Honorable Peter Bray**

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/3/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

---

Date: May 5, 2025　　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk