United States District Court
Southern District of Texas
**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| United States of America | § |
| | § |
| v. | § Criminal Action No. H-24-478 |
| | § |
| Sheldon Dounn | § |
| | § |

## ORDER

Pending before the court is the Joint Motion to Continue Revocation Proceedings and Trial Date. ECF No. 42. The motion is **GRANTED IN PART**. The government has notified the court that it wishes to withdraw the pending Motion to Revoke Bond, ECF No. 26. Accordingly, that motion is **DENIED** as moot. The revocation proceedings are canceled. The court will enter a separate order with new trial dates.

Signed at Houston, Texas, on June 2, 2025.

_____
Peter Bray
United States Magistrate Judge